1    Robert L. Zaletel, Esq. (SB# 096262)
     **McQUAID BEDFORD & VAN ZANDT** LLP
2    221 Main Street, 16th Floor
     San Francisco, CA 94105
3    Telephone: 415/905-0200
     Facsimile:  415/905-0202
4

5    Attorneys for Defendant
     UNION PACIFIC RAILROAD COMPANY

6

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11    EQUAL EMPLOYMENT OPPORTUNITY      Civil No.: C 05 3598 MHP
     COMMISSION,

12              Plaintiff,          **STIPULATION OF PARTIES TO
                                      EXTEND TIME TO RESPOND TO
13        v.                               COMPLAINT**

14    UNION PACIFIC RAILROAD,              Civil L.R. 6-1(a)

15              Defendant.

16    _____/

17

18

19       The parties to this action, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION and

UNION PACIFIC RAILROAD COMPANY hereby stipulate pursuant to Civil L.R. 6-2(a) that

20 Defendant UNION PACIFIC RAILROAD COMPANY shall have 14 additional days, or until

21 October 24, 2005, in which to respond to the Complaint in the above-entitled matter.

22 ///

23 ///

24 ///

25

26

27

28

                                               1



1    This is the first extension of time by this party.  No previous extensions of time to respond to

2    the Complaint have been requested or granted.

3    IT IS SO STIPULATED.

4

5    Date: October 4, 2005                EQUAL EMPLOYMENT OPPORTUNITY
                                          COMMISSION
6

7                                         By: _Marcia L. Mitchell_____

8                                         Marcia L. Mitchell
                                          Attorneys for Plaintiff EQUAL
                                          EMPLOYMENT OPPORTUNITY
9                                         COMMISSION

10

11   Date: October 5, 2005                McQUAID BEDFORD & VAN ZANDT LLP

12

13                                        By: _____

14                                        Robert L. Zaletel
                                          Attorneys for Defendant UNION PACIFIC
                                          RAILROAD COMPANY

15

16

17

18

19                                        Judge Marilyn H. Patel

20

21

22

23

24

25

26

27

28

2

STIPULATION OF PARTIES TO EXTEND TIME TO RESPOND TO COMPLAINT

**PROOF OF SERVICE**

I am employed in the City and County of San Francisco, California, I am over the age of eighteen years and not a party to the within action; my business address is 221 Main Street, 16th Floor, San Francisco, California, 94105-1936. On October 5, 2005, I served the following document:

•    **STIPULATION OF PARTIES TO EXTEND TIME TO RESPOND TO COMPLAINT [Civil L.R. 6-1(a)]**

on the parties listed below:

Attorneys for Plaintiff: EEOC

MARCIA L. MITCHELL, ESQ.
Equal Employment Opportunity Commission
San Francisco District Office
350 The Embarcadero, 5th Floor
San Francisco, CA 94105-1260

through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

__XX__   By First Class Mail - I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein following ordinary business practices.

_____   By Personal Service - I caused each such envelope to be delivered to a courier employed by RED HOT MESSENGER SERVICE who personally delivered each such envelope to the office of the addressee on the date last written below.

_____   By Facsimile - I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to them at their designated fax numbers.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 5, 2005, at San Francisco, California.

_____
A. Roma Santos, Declarant

G:\Docs\11346\030\pleadings\pos.wpd

1