BRADLEY G. BOOTH (#088530)
Attorney At Law
510 8th Street
Sacramento, California 95814
Telephone: (916) 451-1597
Fax: (916) 451-3597

Attorney for Plaintiff-Intervener
VALERIE MCCARTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br>    Plaintiff, and <br><br> vs. <br><br> UNION PACIFIC RAILROAD <br><br>    Defendants. | ) Case No.  C 05 3598 MHP<br>)<br>)<br>)<br>)<br>)<br>) **STIPULATED REQUEST TO FILE**<br>) **COMPLAINT IN INTERVENTION**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

PLAINTIFF – INTERVENER, VALERIE McCARTHY, hereby requests an Order from the court granting her leave to file the Complaint in Intervention referenced by and attached to the Stipulation of the Party Plaintiff and the Party Defendant.

The Request is made on the following grounds:

1.      Prospective Intervener, as the person aggrieved by the Title VII violations alleged by Party Plaintiff EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION has a statutory right to intervention in the above-entitled case, pursuant to 42 U.S.C. § 2000e-5(f)(1), provided that the application for intervention is timely.

PDF created with pdfFactory trial version www.pdffactory.com

1    2.    The parties Plaintiff and Defendant have reviewed, and agreed to the filing of,

2   Prospective Intervener's Complaint in Intervention, attached to their stipulation and hereby

3   jointly request the Court to permit Perspective Intervener to file her complaint.

4

5

6   DATED:        February 1, 2006            RESPECTFULLY SUBMITTED,

7

8

9                                   _____

10                                  BRADLEY G. BOOTH
                                    Attorney for Plaintiff –Intervener
11                                  VALERIE McCARTHY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Request for Order

PDF created with pdfFactory trial version www.pdffactory.com

1   BRADLEY G. BOOTH (#088530)
    Attorney At Law
2   510 8th Street
    Sacramento, California 95814
3   Telephone: (916) 451-1597
    Fax: (916) 451-3597
4   bradleybooth@msn.com

5   Attorney for Plaintiff-Intervener
    VALERIE MCCARTHY
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10
                                    )
11                                  )    Case No.  C 05 3598 MHP
                                    )
12  EQUAL EMPLOYMENT OPPORTUNITY     )
                                    )
13  COMMISSION,                      )
                                    )
14                                  )
                                    )    STIPULATION TO PERMIT PROSPECTIVE
15              Plaintiff, and       )    INTERVENER TO FILE COMPLAINT IN
                                    )    INTERVENTION
16                                  )
                                    )
17        vs.                       )
                                    )
18  UNION PACIFIC RAILROAD           )
                                    )
19
20              Defendants.
21  _____

22

23

24

25

26

27

28

Request for Order

PDF created with pdfFactory trial version www.pdffactory.com

In conjunction with the attached signature page this stipulation has also been signed by the attorney of record for the EEOC, Marcia Mitchell on  January 25, 2006. I declare under penalty of perjury this is true and correct, executed on February 1, 2006 by Bradley G. Booth. /s/

Without admitting or denying any of the underlying allegations within the Complaint in Intervention attached hereto and without waiving any defenses including but not limited to laches and timeliness, the parties hereby agree between and among themselves to permit Prospective Intervener, VALERIE McCARTHY to file the attached Complaint in Intervention in the above entitled action.

Dated: January____, 2006          EQUAL OPPORTUNITY COMMISSION

By:_____
        MARCIA L. MITCHELL
        Attorney for Plaintiff

Dated: January 27, 2006

_____
BRADLEY G. BOOTH
Attorney for Plaintiff –Intervener
VALERIE MCCARTHY

Dated: January 27, 2006

_____
ROBERT L. ZALETEL
Attorney for Defendant
UNION PACIFIC RAILROAD

Page 2                                              Stipulation

est for Order

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff, and<br><br>    vs.<br><br>UNION PACIFIC RAILROAD<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Case No.  C 05 3598 MHP**

**ORDER GRANTING INTERVENTER'S REQUEST TO FILE COMPLAINT IN INTERVENTION ~~(PROPOSED)~~**

    The court having reviewed the Application of Prospective Intervener VALERIE McCARTHY and the Stipulation executed by the parties Plaintiff and Defendant in the above-entitled case, and FOR GOOD CAUSE APPEARING, it is hereby ordered that Prospective Intervener VALERIE McCARTHY may file the Complaint in Intervention referenced by, and attached to, the parties' stipulation.

    IT IS SO ORDERED,

Dated:  February 13, 2006

_____
~~MARILYN HALL PATEL~~, U.S. District Judge
CHARLES R. BREYER,

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Request for Order

PDF created with pdfFactory trial version www.pdffactory.com

BRADLEY G. BOOTH (#088530)
Attorney At Law
510 8th Street
Sacramento, California 95814
Telephone: (916) 451-1597
Fax: (916) 451-3597

Attorney for Plaintiff-Intervener
VALERIE MCCARTHY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Plaintiff, and

VALERIE McCARTHY,

    Plaintiff-Intervener,

    vs.

UNION PACIFIC RAILROAD

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.  C 05 3598 MHP

**COMPLAINT IN INTERVENTION
FOR CIVIL RIGHTS VIOLATIONS
FEDERAL AND STATE DAMAGES**

**DEMAND FOR JURY TRIAL**

### PRELIMINARY STATEMENT

1.    Plaintiff-Intervener, VALERIE McCARTHY, brings this action for damages resulting from Defendant UNION PACIFIC RAILROAD violation of her civil rights, as protected by the Constitution and the laws of the United States, by its maintenance of unlawful practices which had the purpose and effect of discriminating against her on the basis of her sex, female, disability and further by retaliating against for engaging in a protected activity, namely

PDF created with pdfFactory trial version www.pdffactory.com

complaining to Defendant and appropriate State and federal agencies regarding the discrimination.

2.     Plaintiff-Intervener is the individual whose Charge against Defendant UNION PACIFIC RAILROAD, among others, has been brought before this court in the above-entitled action by the Plaintiff, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, as the victim of the unfair employment practices of Defendant, UNION PACIFIC RAILROAD.

### JURY DEMAND

3.     Plaintiff-Intervener hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

### JURISDICTION

4.      This action is brought to redress violations of Plaintiff-Intervener's rights as guaranteed by Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. , and  Section 503 of the ADA, 42 U.S.C. § 12203(a) to secure protection against and to redress deprivation of her rights to be free of retaliation, and discrimination in employment. The jurisdiction of this court is invoked pursuant to 28 U.S.C. § 1343 to secure the above-specified rights. This court also has jurisdiction over the subject matter pursuant to 28 U.S.C.§ 1331 in that this civil action arises in part under the Constitution or laws of the United States. The Court has supplemental jurisdiction over the State claims pursuant to 28 U.S.C. § 1367(a).

### PARTIES

5.     Plaintiff-Intervener is a woman, with a disability employed by Defendant employer UNION PACIFIC RAILROAD and the victim of retaliation caused by the unlawful employment practices of Defendant.

6.     Plaintiff EQUAL EMPLOYMENT OPPORTUNITIES COMMISSION is an agency of the United States charged with the administrative enforcement and interpretation of Title VII of the Civil Rights Act of 1964.

7.      Defendant UNION PACIFIC RAILROAD. is and was, at all times relevant hereto, a corporation authorized to do business in the State of California, and an employer within the definition of 42 U.S.C. § 2000e(b) and California Government Code § 12926.

PDF created with pdfFactory trial version www.pdffactory.com

1

2
## EXHAUSTION OF ADMINISTRATIVE REMEDIES

3      8.      Plaintiff-Intervener timely filed her charge with the Equal Employment

4 Opportunity Commission (hereinafter EEOC) which was duel filed with the California

5 Department of Fair Employment and Housing (hereinafter DFEH) alleging discrimination and

6 retaliation. Plaintiff EQUAL EMPLOYMENT OPPORTUNITY COMMISSION issued a

7 Determination finding, inter alia, that Defendant violated Title VII of the Civil Rights Act of

8 1964 and subsequently filed its action, in which Plaintiff-Intervener seeks to intervene, on

9 September 7, 2005. Plaintiff-Intervener has exhausted her administrative remedies.

10
## FACTS COMMON TO ALL CAUSES OF ACTION

11      9.      Plaintiff, MCCARTHY, was an employee of UNION PACIFIC, from May 13,

12 1974 until her constructive termination on or about January 22, 2003 as a Guaranteed Extra

13 Board employee.

14      10.      On or about January 12, 2001 Plaintiff dueled filed with the EEOC and the

15 California DFEH a complaint of discrimination, in which her supervisors and decision makers were

16 aware. Subsequent to the filing of this discrimination complaint the Plaintiff-Intervenor was

17 threatened with termination by her supervisor which led to her filing a second complaint with the

18 EEOC and DFEH on or about August 28, 2002.

19      11.      Subsequent to the filing of her two complaints Plaintiff's discrimination continued

20 against her, in that the Defendant continued to retaliate by, inter alia, disqualifying her from a

21 position that they had previously given her, effectively eliminating her ability to work in the

22 Oakland yard and constructively discharging her.

23      12.      The effect of the practices complained of above has been to deprive Ms. McCarthy

24 of equal employment opportunities and otherwise to adversely affect her status as an employee

25 because of her opposition to Defendant's discriminatory practices.

26      13.      The unlawful employment acts complained of herein by the Defendants were done

27 intentionally with malice and/or reckless indifference to Plaintiff's state and federally protected

28 rights.

PDF created with pdfFactory trial version www.pdffactory.com

14.     Defendant knew or should have known of the alleged conduct and failed to exercise reasonable diligence in investigating the circumstances or prevent the retaliation from continuing.

15.     As a proximate result of the aforementioned acts, Plaintiff suffered humiliation, mental anguish, emotional distress, and has been injured in mind, all to Plaintiff's damage in an amount within the jurisdiction of this Court.

16.     Said acts of the Defendant above-described were done willfully, maliciously, oppressively, and with the intent to injure and oppress Plaintiff and, by reason thereof, Plaintiff is entitled to exemplary and punitive damages in a sum sufficient to punish the Defendants, above named, and each of them, for their wrongful and oppressive conduct.

**FEDERAL CAUSES OF ACTION**

16.     The acts complained of herein are violations of section 704(a) of Title VII of the Civil Rights Act of 1964 and Section 503 of the Civil Rights Act of 1991, the Americans with Disabilities Act of 1990 by subjecting the Plaintiff to acts of retaliation after she filed the complaint of discrimination with the EEOC.

**STATE CAUSES OF ACTION**

17.     The acts complained of herein are violations of the California Government Code § 12940 (h) & (k) by discriminating and retaliating against Plaintiff and failing to provide prompt effective remedial action be cause of the retaliation.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

1.     To make the Plaintiff-Intervener whole by awarding back pay, front pay, and other monetary relief according to proof;

2.     For general damages according to proof;

3.     For punitive damages according to proof;

4.     For special damages as according to proof;

PDF created with pdfFactory trial version www.pdffactory.com

5.      For interest on the sum of damages awarded, calculated from the date the
discrimination first began to the date of judgment;

6.      For reasonable attorney fees pursuant to statute;

7.      For costs of suit; and

8.      For such other and further relief as the Court may deem proper.

DATED:      January 25, 2006            RESPECTFULLY SUBMITTED,


                                        /s/
                                        _____
                                        BRADLEY G. BOOTH
                                        Attorney for Plaintiff –Intervener
                                        VALERIE MCCARTHY

PDF created with pdfFactory trial version www.pdffactory.com