

# MCQUAID BEDFORD & VAN ZANDT LLP

221 Main Street 16th Floor
San Francisco CA 94105-1936
TEL·415/905·0200
FAX·415/905·0202

July 11, 2006

*By Facsimile & E-mail*

The Hon. Joseph C. Spero
United States Magistrate Judge
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue
San Francisco, CA 94102-3483



GRANTED
Judge Joseph C. Spero

Dated: July 12, 2006

Re: *McCarthy v. Union Pacific Railroad*
USDC Case No. C053598 CRB (JCS)

Dear Judge Spero:

Thank you for agreeing to accommodate the parties' request for a settlement conference on short notice. My client, Union Pacific Railroad Company, requests that it be allowed to attend the July 18, 2006 settlement conference by telephone. The railroad is headquartered in Omaha, Nebraska. My contact at the railroad, Atty. Henry Carnaby, from the Law Department, had an emergency heart by-pass operation about two weeks ago and is unable to travel. He flew out for the mediation in May of this year, but will not be able to attend the settlement conference due to his medical condition.

Ms. Kathleen C. Vance, Director of EEO/Affirmative Action for Union Pacific Railroad, in Omaha, Nebraska will be able to appear by telephone in Mr. Carnaby's place. She will have full settlement authority.

When the plaintiff and EEOC requested a settlement conference on June 30, I advised them that we would likely have to appear by phone because of Mr. Carnaby's medical condition. Bradley Booth, Ms. McCarthy's private attorney, and Marcia Mitchell, attorney for the EEOC, stated they had no objection to the railroad appearing by telephone.

Because of the short notice, and the fact that Ms. Vance is stretched thin helping cover for Mr. Carnaby, it would be a hardship to require her to appear personally. Union Pacific respectfully requests that the Court allow her to appear by telephone.

Thank you for your consideration. Please let me know at your earliest convenience.

Sincerely,

Robert L. Zaletel

RLZ/ip

cc: K. Vance
    H. Carnaby
    B. Booth, Esq.
    M. Mitchell, Esq.

G:\Docs\11346\030\corres\J.C Spero ltr.wpd