

**MCQUAID BEDFORD & VAN ZANDT LLP**

221 Main Street  16th Floor
San Francisco CA 94105-1936
TEL· 415/905·0200
FAX· 415/905·0202

July 20, 2006



GRANTED
Judge Joseph C. Spero
July 24, 2006

*By E-Filing & E-Mail*

The Hon. Joseph C. Spero
United States Magistrate Judge
UNITED STATES DISTRICT COURT
450 Golden Gate Avenue
San Francisco, CA 94102-3483

    Re:    *McCarthy v. Union Pacific Railroad*
             USDC Case No. C053598 CRB (JCS)

Dear Judge Spero:

    My client, Union Pacific Railroad Company, requests that it be allowed to attend the re-scheduled August 9, 2006 settlement conference by telephone.

    On July 12th, you graciously agreed to allow my client to appear by phone at the conference, which was originally scheduled to take place on July 18th. For much the same reasons that prompted its previous request, my client requests that it be allowed to appear at the re-scheduled conference by phone. The railroad is headquartered in Omaha, Nebraska. My contact at the railroad, Attorney Henry Carnaby, from the Law Department, recently had emergency heart by-pass surgery and is unable to travel. He flew out for the mediation in May of this year, but will not be able to attend the settlement conference due to his medical condition.

    Ms. Kathleen C. Vance, Director of EEO/Affirmative Action for Union Pacific Railroad, in Omaha, Nebraska will be able to appear by telephone in Mr. Carnaby's place. She will have full settlement authority.

    When the plaintiff and EEOC requested a settlement conference on June 30, I advised them that we would likely have to appear by phone because of Mr. Carnaby's medical condition. Bradley Booth, Ms. McCarthy's private attorney, and Marcia Mitchell, attorney for the EEOC, stated they had no objection to the railroad appearing by telephone.

    Ms. Vance is stretched thin helping cover for Mr. Carnaby. She also has a previously scheduled meeting with a senior vice president of the railroad set for the morning of August 9th.

The Hon. J.C. Spero
July 20, 2006
Page 2

It would be a hardship to require her to appear personally for the conference. Union Pacific respectfully requests that the Court allow her to appear by telephone.

    Thank you for your consideration. Please let me know at your earliest convenience.

                              Sincerely,

                              Robert L. Zaletel

RLZ/ip

cc:    K. Vance
        H. Carnaby
        B. Booth, Esq.
        M. Mitchell, Esq.